REC'D NOV -1

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

LILLIAN GRAHAM
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

CITY of PHILA.
&
THE STATE of PENNSYLVANIA
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

|  |  |
|---|---|
| *Plaintiff(s)* | Case No. _____ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | *(to be filled in by the Clerk's Office)* |
| CITY OF PHILA. + STATE of PENN. | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- |  |
| FEMA |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) |  |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | LILLIAN GRAHAM |
   | Street Address | 2221 W. TIOGA ST. |
   | City and County | PHILA., PHILA. |
   | State and Zip Code | PA. 19140 |
   | Telephone Number | 267-892-4105 & 267-726-0992 |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LILLIAN GRAHAM
_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

City of Phila + Licenses and Inspections
Phila. Police Dept. 39th District
France Henriques - Demo. Co.
FEMA - Main Headquarters Wash. DC
The Phila. Water Dept.
The Phila. Electric Co.
The Phila. Fire Dept.
The Joe Brown Construction Co.
Perry CoCo - Licenses + Inspections
Supervisor of N. Phila. District; Cecil B. Ave. His unknown but I will state that he is very prejudice.

**COMPLAINT**

Jury Trial: ☐ Yes   ☐ No

(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name              LILLIAN GRAHAM
              Street Address    2221 W. Tioga Street
              County, City      Phila, Phila.
              State & Zip Code  PA. 19140
              Telephone Number  267-892-4105 # 267-726-0992

Rev. 10/2009

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: CITY OF PHILA. + LICENSES AND INSPECTIONS
Street Address: 1401 John F. Kennedy Blvd. 11th Fl.
County, City: PHILA, PHILA
State & Zip Code: PA, 19102

Defendant No. 2
Name: PHILA. POLICE DEPT. HEADQUARTERS
Street Address: 400 N. Broad Street
County, City: PHILA., PHILA.
State & Zip Code: PA. 19130

Defendant No. 3
Name: FRANCE HENRIQUES - DEMO. CO.
Street Address: 2545 N. Franklin Street
County, City: PHILA, PHILA
State & Zip Code: PHIL., PA. 19133

Defendant No. 4
Name: FEMA
Street Address: 500 C STREET SW
County, City: WASHINGTON
State & Zip Code: D.C., 20024

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions    ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 28 USC §1331

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  UNITED STATES

Defendant(s) state(s) of citizenship  UNITED STATES

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?  2221 W. TIOGA ST. PHILA., PA. 19140

B.   What date and approximate time did the events giving rise to your claim(s) occur?  ON OCT. 14th 2021 APPROXIMATELY BETWEEN 8:PM + 9 PM ACTUAL TOOK PLACE ON NOV. 2nd 2021  6:30AM

C.   Facts:  I WAS SITTING WATCHING TV. WHEN I HEARD THE FIRE EMERGENCY, SO I GOT UP TO SEE WHERE IT WAS GOING AND THEY WERE AT MY HOME, I DID NOT CALL THEM, I'VE HAD FIRE. THE FIRE DEPT, POLICE, H2O, ELECTRIC, GAS AND L+I ALL CAME ONCE. THIS WAS ALL PLANNED. THIS WAS RETALIATION BECAUSE I COMPLAINED ABOUT MY HOME BEING SEVERELY DAMAGED FROM TWO MAJOR DISASTERS + A TROPICAL STORM, AND I WAS DISCRIMATED FOR PROPER ASSIST. THE SENATOR STARTED AN INVESTIGATION, I SIGNED FOR THE INVESTIGATION ON OR ABOUT OCT 7th 2021, BY OCT 14th PHILA. WAS TRYING TO DEMO MY HOME. THERE WAS ANOTHER INSPECTION COMING, THEY HAD TO GET RID OF EVIDENCE. I WAS HELD UNDER FALSE ARREST BY THE 39th POLICE DISTRICT, AND NOT ALLOWED TO GO IN MY HOME I WAS HELD FOR FALSE ARREST UNTIL THE FOLLOWING DAY, STILL WAS NOT ALLOW IN MY HOME. I WENT DOWN TO CITY HALL TO FILE AN INJUNCTION. WHEN I RETURNED, THEY HAD BROKEN IN MY HOME, AND BROKEN INTO EVERY LOCKED DOOR AND STOLE, MONEY, TV's, COMPUTERS, JEWLERY, CLOTHING, PHONES, STERO EQUIPMENT, TOOLS, THEY CUT THE DOOR OFF MY SAFE. AND LEFT IT ON THE SIDE OF THE WALL, THEY TOOK EVERY DOLLAR, SAVING OF 28YRS, BUNDLES OF MONEY.

Rev. 10/2009                                                                    - 3 -

THERE IS MORE TO BE TOLD I WILL SEND AN AMEND LATER, I'M OVERWHELMED EMOTIONALLY.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Compensatory Damage, ACTUAL DAMAGES, PUNITIVE DAMAGES, PSYCHOLOGICAL STRESS, PSYCHOSOCIAL STRESS, Psycho-SPIRITUAL STRESS

Economical stress. Deprived of everything a human being needs to to live except breath (to breathe). Everything that I owned was destroyed, my entire life of 54 yrs of accomplishments including my cash from safe, gone.

### V. Relief: I will amend with a relief later

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _____ day of _____, 20_____.

Signature of Plaintiff _[signature]_
Mailing Address  2221 W. TIOGA ST.
                 PHILA., PA. 19140

Telephone Number 267-892-4105 ALT 267-726-0992
Fax Number *(if you have one)* _____
E-mail Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____