IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LILLIAN GRAHAM, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| CITY OF PHILADELPHIA, et al., | : | NO. 23-4291 |
| Defendants. | : | |

## ORDER

AND NOW, this 15th day of December, 2023, upon consideration of this Court's November 29, 2023 Order Directing Plaintiff to Provide a Proper Address for Service (ECF No. 5),[1] and having not received a Response from Plaintiff within the requested time, it is hereby **ORDERED** that this matter is **DISMISSED without PREJUDICE** for failure to prosecute.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**

---

[1] Local Rule 5.1(b) requires that a *pro se* litigant file "a physical address and an email address when available where notices and papers can be served." Plaintiff had previously filed a Motion for Leave to Proceed *In Forma Pauperis* and her Complaint (ECF Nos. 1 & 2), both of which were mailed out and returned from the U.S. Postal Service as "Attempted not known-Unable to forward (no further information on Lillian Graham)." (*See* Docket entries dated November 17, 2023 and November 21, 2023.) This Court's November 29, 2023 Order directed the Plaintiff to provide a proper address for service within fourteen days or else risk dismissal of her case for failure to prosecute. (ECF No. 5.)